IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
ROBERT TARNOFF                    )    Case No. 05-62637
                                  )
       Debtor                     )    Judge: Cox

**NOTICE OF MOTION**

To:    SEE ATTACHED SERVICE LIST

You are hereby notified that on May 1, 2006, at 9:00 a.m., or as soon after as I may be heard, I will appear before the Honorable Judge Cox or any other Judge who may be presiding in her place and stead at the United States Courthouse, Dirksen Federal Building, Courtroom 619, 219 S. Dearborn, Chicago, Illinois, and I will then and there present the attached: OBJECTION TO THE PROOF OF CLAIM NUMBER ELEVEN OF FIFTH THIRD BANK.

Respectfully Submitted,
ROBERT TARNOFF

By: _____
Paul M. Bach, one of their attorneys
1955 Shermer Road, Suite 150
Northbrook, Illinois 60062
(847) 564-0808
Attorney No. 06209530

## PROOF OF SERVICE

I, Paul M. Bach, certify that I served this Notice and attached Motion upon all parties by placing copies of same in an envelope addressed as indicated above and depositing it in the U.S. mail, proper postage prepaid, at 1955 Shermer Road, Suite 150, Northbrook, Illinois on __3/21__, 2006.

_____

SERVICE LIST

Robert Tarnoff
1142 Fairfield
Glencoe, Illinois 60022

Tom Vaughn
200 S. Michigan Suite 1300
Chicago, Illinois 60604

William D. Constantino, Chief Legal Officer
Fifth Third Bank
c/o Perfomrance Capital Management LLC
222 South Harbor Blvd Suite 400
Anaheim, CA 92805

United States Trustee
227 W. Monroe Street Suite 3360
Chicago,, Ilinois 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE THE MATTER OF: )
) No. 05 B 62637
ROBERT M. TARNOFF ) Judge: Cox
Debtors. )

### OBJECTION TO PROOF OF CLAIM NUMBER ELEVEN
### OF FIFTH THIRD BANK

NOW COMES the Debtor, ROBERT M TARNOFF, by and through his attorney the LAW OFFICES OF PAUL M. BACH and pursuant to Bankruptcy Rule 3007 Objects to the Proof of Claim number eleven of Fifth Third Bank and moves this Honorable Court to find Proof of Claim eleven of Fifth Third Bank have no value and Proof of Claim eleven was filed late after the noticed claim bar date. The Debtors states as follows:

1. That this bankruptcy case was filed as a Chapter 13 bankruptcy on October 16, 2005.

2. The Debtor's Chapter 13 Plan has not yet been confirmed

3. That Fifth Third Bank filed its unsecured nonpriority Proof of Claim number eleven on March 16, 2005 in the total amount of $6,627.27. Attached is a copy of the Proof of Claim.

4. That the Notice of Chapter 13 Bankruptcy Case in this case was sent to all creditors including Fifth Third Bank containing a claim bar date for non governmental claimants on March 14, 2005.

5. The Proof of Claim referenced above filed by Fifth Third Bank was filed after the claim bar date and should be denied and of no value based on being late filed claims.

6. That each of the Proof of Claims described above are disputed because each claim was filed late.

WHEREFORE the Debtor, ROBERT M. TARNOFF, hereby requests an order of this court finding Proof of Claim number eleven of Fifth Third Bank is disallowed and has a value of $0, and for any further relief that this court deems just.

                                            Respectfully Submitted,
                                            ROBERT M. TARNOFF

                                       By: _____
                                            Paul M. Bach, one of his attorneys

LAW OFFICES OF PAUL M. BACH
Attorney for Debtor
1955 Shermer Road, Suite 150
Northbrook, Illinois 60062
(847) 564-0808
Attorney No. 06209530