# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   ROBERT M TARNOFF                               §   Case No.: 05-62637
                                                        §
                                                        §
           Debtor(s)                                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/16/2005.

2) This case was confirmed on 06/19/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 09/02/2010.

6) Number of months from filing to the last payment: 59

7) Number of months case was pending: 67

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   91,100.00

10) Amount of unsecured claims discharged without payment $ 147,013.62

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 33,244.50 |
| Less amount refunded to debtor | $ 60.63 |
| **NET RECEIPTS** | $ 33,183.87 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,200.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 2,065.62 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,265.62 |
| Attorney fees paid and disclosed by debtor | $ 800.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | PRIORITY | 22,039.36 | 23,097.15 | 23,097.15 | 23,097.15 | .00 |
| US ATTORNEYS OFFICE | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 1,485.10 | 1,233.66 | 1,233.66 | 1,233.66 | .00 |
| INDIANA DEPT OF REVE | PRIORITY | 1,494.77 | 298.82 | 298.82 | 298.82 | .00 |
| INDIANA DEPT OF REVE | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 15,000.00 | 10,771.35 | 10,771.35 | 1,077.14 | .00 |
| US ATTORNEY | OTHER | .00 | NA | NA | .00 | .00 |
| D PATRICK MULLARKEY | OTHER | .00 | NA | NA | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | 1,440.00 | NA | NA | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | 1,440.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 892.28 | 892.28 | 89.23 | .00 |
| AMERICAN EXPRESS CEN | UNSECURED | 8,548.00 | 8,548.20 | 8,548.20 | 854.82 | .00 |
| WELTMAN WEINBERG & R | OTHER | .00 | NA | NA | .00 | .00 |
| BINIONS HORSESHOE CA | UNSECURED | 4,500.00 | NA | NA | .00 | .00 |
| BRADLEY UNIVERSITY | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 6,194.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL RECOVERY SER | UNSECURED | 2,406.33 | NA | NA | .00 | .00 |
| CARD CENTER | UNSECURED | .00 | NA | NA | .00 | .00 |
| CDSI | UNSECURED | 124.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,406.00 | 2,406.63 | 2,406.63 | 240.66 | .00 |
| CHUBB GGORUP INSURAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 8,927.00 | 8,927.88 | 8,927.88 | 892.79 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITICORP CREDIT SERV | OTHER | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL/CITIBA | UNSECURED | 3,169.00 | NA | NA | .00 | .00 |
| CHICAGO DEPT OF REVE | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| CHICAGO DEPT OF REVE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ARNOLD SCOTT HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| CRA SECURITY SYSTEMS | UNSECURED | 37.18 | NA | NA | .00 | .00 |
| CYNTHIA GRAY | UNSECURED | 1,267.00 | NA | NA | .00 | .00 |
| DAVID WAGNER | UNSECURED | .00 | NA | NA | .00 | .00 |
| DR JOSEPH TARNOFF | UNSECURED | 37,500.00 | NA | NA | .00 | .00 |
| HIGHLAND PARK HOSPIT | UNSECURED | 107.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 4,000.00 | .00 | .00 | .00 | .00 |
| FIRST USA BANK NA | UNSECURED | 7,883.63 | NA | NA | .00 | .00 |
| HORSESHOE CASION | UNSECURED | 5,350.00 | 5,350.00 | 5,350.00 | 535.00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 633.00 | 676.86 | 676.86 | 67.69 | .00 |
| ILLINOIS LENDING GRO | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| B-LINE LLC | UNSECURED | 18,712.00 | 13,478.23 | 13,478.23 | 1,347.82 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | UNSECURED | 31.60 | NA | NA | .00 | .00 |
| NCO | UNSECURED | 18,712.00 | NA | NA | .00 | .00 |
| WOLPOFF & ABRAMSON L | OTHER | .00 | NA | NA | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | 745.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | .00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | .00 | NA | NA | .00 | .00 |
| PAYDAY LOANS | UNSECURED | .00 | NA | NA | .00 | .00 |
| PDL FINANCIAL SERVIC | UNSECURED | .00 | NA | NA | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | 380.00 | NA | NA | .00 | .00 |
| PDL FINANCIAL SERVIC | UNSECURED | 463.40 | NA | NA | .00 | .00 |
| RESURGENCE FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| ROSITI | UNSECURED | 41.00 | NA | NA | .00 | .00 |
| INDIANA DEPT OF REVE | UNSECURED | NA | 1,532.37 | 1,532.37 | 153.24 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 302.30 | 302.30 | 30.23 | .00 |
| FIRST USA BANK | UNSECURED | 10,125.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 24,629.63 | 24,629.63 | .00 |
| **TOTAL PRIORITY:** | 24,629.63 | 24,629.63 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 52,886.10 | 5,288.62 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,265.62 |
| Disbursements to Creditors | $ | 29,918.25 |
| **TOTAL DISBURSEMENTS:** | $ | 33,183.87 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/09/2011        /s/ Tom Vaughn
                         Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**